IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

EDDIE SHORTY                                                                                    PLAINTIFF

v.                                                                                      No. 4:07CV135-M-A

JIMMY MELTON, ET AL.                                                                         DEFENDANTS

## FINAL JUDGMENT

In accordance with the memorandum opinion issued today in this cause, the instant case is hereby **DISMISSED** with prejudice for failure to state a claim upon which relief could be granted, counting as a "strike" under 28 U.S.C. §§ 1915 (e)(2)(B)(i) and 1915(g). In light of this ruling, all of the motions currently pending in this case are hereby **DISMISSED** as moot.

**SO ORDERED,** this the 11th day of August, 2008.

/s/ MICHAEL P. MILLS
**CHIEF JUDGE
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI**